**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | M2 Systems Corporation |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 59-3731401 |
| 4. | Debtor's address | **Principal place of business**<br>500 Winderley Place<br>Suite 226<br>Maitland, FL 33275-1000<br>Number, Street, City, State & ZIP Code<br><br>Orange<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>500 Winderley Place<br>Suite 226 Maitland, FL 32751<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.m2-corp.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor __M2 Systems Corporation__  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5415__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **M2 Systems Corporation**　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>　Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000<br>☐ 50-99　　　　☐ 5001-10,000　　　　☐ 50,001-100,000<br>☐ 100-199　　　☐ 10,001-25,000　　　☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000　　☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000　☐ $50,000,001 - $100 million　 ☐ $10,000,000,001 - $50 billion<br>■ $500,001 - $1 million　☐ $100,000,001 - $500 million　☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000　　　　　■ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000　　☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000　☐ $50,000,001 - $100 million　 ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million　☐ $100,000,001 - $500 million　☐ More than $50 billion |

Debtor **M2 Systems Corporation**      Case number (*if known*) _____
     Name

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/12/2018
                MM / DD / YYYY

X _____      **Joseph W Adams**
Signature of authorized representative of debtor      Printed name

Title   **CEO/Director**

**18. Signature of attorney**

X _____      Date   3/12/2018
Signature of attorney for debtor                               MM / DD / YYYY

**R Scott Shuker 984469**
Printed name

**Latham, Shuker, Eden & Beaudine, LLP**
Firm name

**PO Box 3353**
**Orlando, FL 32802-3353**
Number, Street, City, State & ZIP Code

Contact phone   **(407) 481-5800**      Email address   **rshuker@lseblaw.com; bknotice1@lseblaw.com**

**984469 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name __M2 Systems Corporation__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/12/2018__   X _/s/ Joseph W Adams_
                              Signature of individual signing on behalf of debtor

__Joseph W Adams__
Printed name

__CEO/Director__
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **M2 Systems Corporation**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alan & Nadine Wolff c/o Shenker & Bonaparte LLP 1500 SW 1st Ave, Ste 765 Portland, OR 97201-5837 | | Judgment | Disputed | | | $135,000.00 |
| Bell Law Group, PA Attn: Brad Bell, Esq 407 N Howard Ave, Ste 201 Tampa, FL 33606 | | Legal Services | | | | $22,884.05 |
| Catherine E Cox c/o Shenker & Bonaparte, LLP 1500 SW 1st Ave, Ste 765 Portland, OR 97201-5837 | | Judgment | Disputed | | | $33,750.00 |
| Daniel D Gestwick IRA R/O c/o Shenker & Bonaparte LLP 1500 SW 1st Ave, Ste 765 Portland, OR 97201-5837 | | Judgment | Disputed | | | $33,750.00 |
| Donald J. Handal Rev Trust c/o Shenker & Bonaparte LLP 1500 SW 1st Ave, Ste 765 Portland, OR 97201-5837 | | Judgment | Disputed | | | $182,250.00 |

Debtor **M2 Systems Corporation**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Douglas Lamm c/o Shenker & Bonaparte LLP 1500 SW 1st Ave, Ste 765 Portland, OR 97201-5837 | | Judgment | Disputed | | | $135,000.00 |
| Edward J Hartnett c/o Shenker & Bonaparte LLP 1500 SW 1st Ave, Ste 765 Portland, OR 97201-5837 | | Judgment | Disputed | | | $87,750.00 |
| Gail N Kuhn c/o Shenker & Bonaparte LLP 1500 SW 1st Ave, Ste 765 Portland, OR 97201-5837 | | Judgment | Disputed | | | $101,250.00 |
| Geoffrey M Holmes c/o Shenker & Bonaparte LLP 1500 SW 1st Ave, Ste 765 Portland, OR 97201-5837 | | Judgment | Disputed | | | $33,750.00 |
| Geoffrey W Holmes c/o Shenker & Bonaparte LLP 1500 SW 1st Ave, Ste 765 Portland, OR 97201-5837 | | Judgment | Disputed | | | $168,750.00 |
| Indoor Billboard Northwest c/o Shenker & Bonaparte LLP 1500 SW 1st Ave, Ste 765 Portland, OR 97201-5837 | | Judgment in Case DN FBT CV 13-6034867-S Superior Court, Gridgeport, CT | Disputed | | | $189,000.00 |
| James Shulevitz c/o Shenker & Bonaparte LLP 1500 SW 1st Ave, Ste 765 Portland, OR 97201-5837 | | Judgment | Disputed | | | $135,000.00 |

Debtor  **M2 Systems Corporation**        Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Joy & Ronald Kertes<br>c/o Shenker & Bonaparte LLP<br>1500 SW 1st Ave, Ste 765<br>Portland, OR 97201-5837 | | Judgment | Disputed | | | $33,750.00 |
| Kay M Kazmaier<br>c/o Shenker & Bonaparte LLP<br>1500 SW 1st Ave, Ste 765<br>Portland, OR 97201-5837 | | Judgment | Disputed | | | $27,000.00 |
| Lee & Becky Holzman<br>c/o Shenker & Bonaparte LLP<br>1500 SW 1st Ave, Ste 765<br>Portland, OR 97201-5837 | | Judgment | Disputed | | | $67,500.00 |
| Marital Trust U/W Wm Katz<br>c/o Shenker & Bonaparte LLP<br>1500 SW 1st Ave, Ste 765<br>Portland, OR 97201-5837 | | Judgment | Disputed | | | $506,250.00 |
| Michael Wolff<br>c/o Shenker & Bonaparte LLP<br>1500 SW 1st Ave, Ste 765<br>Portland, OR 97201-5837 | | Judgment | Disputed | | | $168,750.00 |
| Paige C Gist<br>c/o Shenker & Bonaparte LLP<br>1500 SW 1st Ave, Ste 765<br>Portland, OR 97201-5837 | | Judgment | Disputed | | | $33,750.00 |

Debtor  **M2 Systems Corporation**                       Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Peggy W Kaufmann IRA<br>R. Kaufmann Decedent's Trust<br>c/o Shenker & Bonaparte LLP<br>1500 SW 1st Ave, Ste 765<br>Portland, OR 97201-5837 | | Judgment | Disputed | | | $170,100.00 |
| Stanley A Star<br>c/o Shenker & Bonaparte LLP<br>1500 SW 1st Ave, Ste 765<br>Portland, OR 97201-5837 | | Judgment | Disputed | | | $232,200.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re   M2 Systems Corporation  
                              Debtor(s)

Case No.  
Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Joseph W Adams<br>CEO/Director<br>500 Winderley Place, Ste 226<br>Maitland, FL 32751 | Common | 33% | Shareholder |
| Michael A Muscato<br>Chairman/Director<br>500 Winderley Place, Ste 226<br>Maitland, FL 32751 | Common | 67% | Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO/Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   03/12/2018             Signature _____  
                                        Joseph W Adams

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re  **M2 Systems Corporation**  
                                 Debtor(s)

Case No.  
Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the CEO/Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 03/12/2018

**Joseph W Adams/CEO/Director**  
Signer/Title

M2 Systems Corporation
500 Winderley Place
Suite 226
Maitland, FL 33275-1000

R Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

Alan & Nadine Wolff
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Bahamas Developers
Fairfax Avenue
Winter Park, FL 32378-9000

Bell Law Group, PA
Attn: Brad Bell, Esq
407 N Howard Ave, Ste 201
Tampa, FL 33606

Bernice Goldin IRA
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Catherine E Cox
c/o Shenker & Bonaparte, LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Daniel D Gestwick IRA R/O
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Deserio Martin O'Connor
Castiglioni LLP
One Atlantic Street
Stamford, CT 06901

Donald J. Handal Rev Trust
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Douglas Dam
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Edward J Hartnett
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

Florida Dept of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee, FL 32314-6668

Forefront CPA PLLC
5703 Red Bug Lake Rd
Suite 237
Winter Springs, FL 32708

Gail N Kuhn
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Geoffrey M Holmes
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Geoffrey W Holmes
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Indoor Billboard Northwest
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

James Shulevitz
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Joseph W Adams
CEO/Director
500 Winderley Place, Ste 226
Maitland, FL 32751

Joy & Ronald Kertes
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Kay M Kazmaier
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Lee & Becky Holzman
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Marital Trust U/W Wm Katz
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Michael A Muscato
Chairman/Director
500 Winderley Place, Ste 226
Maitland, FL 32751

Michael Wolff
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Orange Cty Tax Collector
Attn: Scott Randolph
PO Box 545100
Orlando, FL 32802-2551

Orlando Collection Offices
c/o Realty Capital Advisors
PO Box 366249
Bonita Springs, FL 34136

Paige C Gist
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837


Peggy W Kaufmann IRA
R. Kaufmann Decedent's Trust
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

RCS-Northlake Business LLC
c/o Real Capital Solutions
Attn: Property Mgmt
371 Centennial Pkwy, Ste 200
Louisville, CO 80027

Rome Clifford Katz &
Koerner LLP
214 Main Street
Hartford, CT 06106


Stanley A Star
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837