# United States Bankruptcy Court
## Middle District of Florida

In re  **M2 Systems Corporation**  
Debtor(s)

Case No. _____  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **M2 Systems Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date: 03/12/2018

R Scott Shuker 984469  
Signature of Attorney or Litigant  
Counsel for **M2 Systems Corporation**  
Latham, Shuker, Eden & Beaudine, LLP  
PO Box 3353  
Orlando, FL 32802-3353  
(407) 481-5800 Fax:(407) 481-5801  
rshuker@lseblaw.com; bknotice1@lseblaw.com