UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO.: 6:18-bk-01339-CCJ |
| M2 SYSTEMS CORPORATION | CHAPTER 11 |
| Debtor. _____/ | Emergency Hearing Requested by March 15, 2018 |

## CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

**I HEREBY CERTIFY**, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleadings on an emergency preliminary basis:

**EMERGENCY MOTION FOR AUTHORITY
TO MAINTAIN BANK ACCOUNTS
AND REQUEST FOR EMERGENCY PRELIMINARY HEARING
(Doc. No. 13)**

**I CERTIFY FURTHER** that there is a true necessity for an emergency preliminary hearing on the Motion as the maintenance of the existing Cash Management System is essential to the continued day-to-day operations of the Debtor.

1

**I CERTIFY FURTHER** that the necessity of this emergency preliminary hearing has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011, and the consequences of noncompliance with same.

**RESPECTFULLY SUBMITTED** this 14th day of March 2018.

/s/ R. Scott Shuker, Esq.
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@lseblaw.com
bknotice1@lseblaw.com
Daniel A. Velasquez, Esq.
Florida Bar No. 0098158
dvelasquez@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Avenue, Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                              CASE NO.: 6:18-bk-01339-CCJ

M2 SYSTEMS CORPORATION                              CHAPTER 11

       Debtor.
_____/

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of **CERTIFICATION OF REQUEST FOR EMERGENCY PRELIMINARY HEARING** has been furnished electronically and by U.S. First Class mail, postage prepaid, to: **M2 Systems Corporation**, c/o Joseph W. Adams, 500 Winderley Place, Suite 226, Maitland, Florida 33275-1000; **Indoor Billboard Northwest, Inc.**, c/o Marcadis Singer, P.A., 5104 S. Westshore Blvd., Tampa, Florida 33611, the Local Rule 1007-2 parties-in-interest list as shown on the matrix attached hereto, all parties who receive notice via CM/ECF in the ordinary course; and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this 14th day of March 2018.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.

Label Matrix for local noticing
113A-6
Case 6:18-bk-01339-CCJ
Middle District of Florida
Orlando
Tue Mar 13 13:54:24 EDT 2018

M2 Systems Corporation
500 Winderley Place
Suite 226
Maitland, FL 32751-7407

Alan & Nadine Wolff
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Bahamas Developers
Fairfax Avenue
Winter Park, FL 32378-9000

Bell Law Group, PA
Attn:  Brad Bell, Esq
407 N Howard Ave, Ste 201
Tampa, FL 33606-1575

Bernice Goldin IRA
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Catherine E Cox
c/o Shenker & Bonaparte, LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Daniel D Gestwick IRA R/O
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Deserio Martin O'Connor
Castiglioni LLP
One Atlantic Street
Stamford, CT 06901-2407

Donald J. Handal Rev Trust
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Douglas Lamm
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Edward J Hartnett
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Dept of Revenue
Attn:  Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

Forefront CPA PLLC
5703 Red Bug Lake Rd
Suite 237
Winter Springs, FL 32708-4969

Gail N Kuhn
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Geoffrey M Holmes
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Geoffrey W Holmes
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Indoor Billboard Northwest
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

James Shulevitz
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Joseph W Adams
CEO/Director
500 Winderley Place, Ste 226
Maitland, FL 32751-7407

Joy & Ronald Kertes
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Kay M Kazmaier
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Lee & Becky Holzman
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Marital Trust U/W Wm Katz
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Michael A Muscato
Chairman/Director
500 Winderley Place, Ste 226
Maitland, FL 32751-7407

Michael Wolff
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Orange Cty Tax Collector
Attn: Scott Randolph
PO Box 545100
Orlando, FL 32854-5100

Orlando Collection Offices
c/o Realty Capital Advisors
PO Box 366249
Bonita Springs, FL 34136-6249

Paige C Gist
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

Peggy W Kaufmann IRA
R. Kaufmann Decedent's Trust
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

RCS-Northlake Business LLC
c/o Real Capital Solutions
Attn: Property Mgmt
371 Centennial Pkwy, Ste 200
Louisville, CO 80027-1348

Rome Clifford Katz &
Koerner LLP
214 Main Street
Hartford, CT 06106-1817

Stanley A Star
c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837

R Scott Shuker +
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Elena L Escamilla +
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

Jill E Kelso +
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Florida Dept of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee, FL 32314-6668

(u)Cynthia C. Jackson +
Orlando

End of Label Matrix
Mailable recipients    41
Bypassed recipients     2
Total                  43