UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

M2 SYSTEMS CORPORATION

Debtor.

_____/

CASE NO.: 6:18-bk-01339-CCJ
CHAPTER 11

Emergency Hearing Requested on or before
Thursday, March 15, 2018

### DEBTOR'S EMERGENCY MOTION FOR AUTHORITY
### TO PAY OFFICER AFFILIATE SALARIES
### AND REQUEST FOR EMERGENCY PRELIMINARY HEARING

**M2 SYSTEMS CORPORATION**, a Florida corporation (the "Debtor" or "M2"), by and through its undersigned counsel, moves pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a) and Local Rule 2081(f)(6) for authority to pay officer affiliate salaries (the "Motion"), and requests an emergency preliminary hearing on or before March 15, 2018 to consider the relief requested herein. In support of the Motion, Debtor states as follows:

### Jurisdiction, Venue and Procedural History

1. On March 12, 2018 (the "Petition Date"), the Debtor filed its petition for relief under Chapter 11 of Title 11 of the United States Code ("Code"). No trustee has been appointed and the Debtor continues to operate its business and manage its property as a debtor-in-possession under §§ 1107 and 1108 of the Code.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157(b) and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

### Description of Debtor's Business and Officers' Duties and Salary

3. As more particularly set forth in the Debtor's Case Management Summary, the Debtor is a privately held Florida corporation which specializes in developing, marketing and implementing transaction technologies for the healthcare, transportation, financial, and telecommunications industries, among others.

4. As of the Petition Date, the Debtor employs (21) salaried employees (the "Salaried Employees"), which figure includes Joseph W. Adams (CEO/Director and 33.00% shareholder); and Michael A. Muscato (Chairman/Director and 67.00% shareholder) (hereinafter collectively referred to as the "Officer Affiliates"). The Officer Affiliates have been, and remain, responsible for all strategic decisions of the Debtor, including but not limited to, product development, purchasing, and marketing. The Officer Affiliates also oversee Debtor's financial, operational and management needs.

5. Due to the important role they occupy with the Debtor, the Officer Affiliates are vital to M2's successful reorganization.

### Officer Compensation

6. In the immediate twelve months (12) months prior to the Petition Date, the Officer Affiliates received salaries in the amounts listed below:

| Officer | Title | Approximate 12 Month Compensation |
|---|---|---|
| Joseph W. Adams | CEO | $162,000.00 |
| Michael A. Muscato | Chairman/Director | $162,000.00 |

7. The Officer Affiliates reduced their compensation beginning in 2018 to $150,000.00 (Mr. Adams) and $105,000.00 (Mr. Muscato). These figures represent gross amounts prior to federal withholding and payroll taxes.

### Relief Requested

8. Debtor seeks authority to continue to pay the Officer Affiliates their current 2018 salaries as compensation for their managerial services. The salaries earned by the Officer Affiliates are scheduled to be paid in the ordinary course of business on March 22, 2018, and will be paid bi-weekly thereafter.

9. The compensation paid to the Officer Affiliates is their only source of active income, which is necessary to support their families and maintain their health insurance coverage. It is believed that the compensation structure for the Officer Affiliates is in line with the marketplace based on the respective functions performed and based on companies with $3,000,000 in gross revenue.

10. Without the Officer Affiliates' work on behalf of the Debtor, there would be no business to reorganize. Their continued service, and the Debtor's ability to compensate the Officer Affiliates, is therefore necessary to an effective reorganization. Furthermore, compensation to the Officer Affiliates will only be paid after all other operating expenses have been paid, and if insufficient funds are available to make such payments, no payments will be made and unpaid amounts will not accrue.

11. It is respectfully submitted that the compensation of the Officer Affiliates as set forth in this motion is reasonable in light of the compensation received prior to the bankruptcy

filing, the services rendered as compared to similar services in the marketplace, and the nature of the duties being performed by the Officer Affiliates.

**WHEREFORE**, the Debtor respectfully requests this Court enter an order authorizing it to pay the Officer Affiliates their salaries for post-petition services rendered, and for such other and further relief as the Court deems appropriate.

**RESPECTFULLY SUBMITTED** this 14th day of March, 2018.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 000984469
rshuker@lseblaw.com
Daniel A. Velasquez, Esq.
Florida Bar No. 0098158
dvelasquez@lseblaw.com
**Latham, Shuker, Eden & Beaudine, LLP**
111 N. Magnolia Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

M2 SYSTEMS CORPORATION

      Debtor.
_____/

CASE NO.: 6:18-bk-01339-CCJ
CHAPTER 11

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Debtor's **DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO PAY OFFICER AFFILIATE SALARIES** has been furnished either electronically or by facsimile and by U.S. First Class, postage prepaid mail to: **M2 Systems Corporation**, c/o Joseph W. Adams, 500 Winderley Place, Suite 226, Maitland, Florida 33275-1000; **Indoor Billboard Northwest, Inc.**, c/o Marcadis Singer, P.A., 5104 S. Westshore Blvd., Tampa, Florida 33611, the twenty largest unsecured creditors as shown on the matrix attached hereto, and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this 14th day of March, 2018.

                                        /s/ R. Scott Shuker
                                        R. Scott Shuker, Esq.

```
Label Matrix for local noticing          M2 Systems Corporation              Alan & Nadine Wolff
113A-6                                   500 Winderley Place                 c/o Shenker & Bonaparte LLP
Case 6:18-bk-01339-CCJ                   Suite 226                           1500 SW 1st Ave, Ste 765
Middle District of Florida               Maitland, FL 32751-7407             Portland, OR 97201-5837
Orlando
Tue Mar 13 13:54:24 EDT 2018

Bahamas Developers                       Bell Law Group, PA                  Bernice Goldin IRA
Fairfax Avenue                           Attn: Brad Bell, Esq                c/o Shenker & Bonaparte LLP
Winter Park, FL 32378-9000               407 N Howard Ave, Ste 201           1500 SW 1st Ave, Ste 765
                                         Tampa, FL 33606-1575                Portland, OR 97201-5837


Catherine E Cox                          Daniel D Gestwick IRA R/O           Deserio Martin O'Connor
c/o Shenker & Bonaparte, LLP             c/o Shenker & Bonaparte LLP         Castiglioni LLP
1500 SW 1st Ave, Ste 765                 1500 SW 1st Ave, Ste 765            One Atlantic Street
Portland, OR 97201-5837                  Portland, OR 97201-5837             Stamford, CT 06901-2407


Donald J. Handal Rev Trust               Douglas Lamm                        Edward J Hartnett
c/o Shenker & Bonaparte LLP              c/o Shenker & Bonaparte LLP         c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765                 1500 SW 1st Ave, Ste 765            1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837                  Portland, OR 97201-5837             Portland, OR 97201-5837


Florida Department of Revenue            Florida Dept of Revenue             Forefront CPA PLLC
Bankruptcy Unit                          Attn: Executive Director            5703 Red Bug Lake Rd
Post Office Box 6668                     5050 W Tennessee St                 Suite 237
Tallahassee FL 32314-6668                Tallahassee, FL 32399-0140          Winter Springs, FL 32708-4969


Gail N Kuhn                              Geoffrey M Holmes                   Geoffrey W Holmes
c/o Shenker & Bonaparte LLP              c/o Shenker & Bonaparte LLP         c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765                 1500 SW 1st Ave, Ste 765            1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837                  Portland, OR 97201-5837             Portland, OR 97201-5837


Indoor Billboard Northwest               Internal Revenue Service            Internal Revenue Service
c/o Shenker & Bonaparte LLP              Centralized Insolvency Ops          Post Office Box 7346
1500 SW 1st Ave, Ste 765                 PO Box 7346                         Philadelphia PA 19101-7346
Portland, OR 97201-5837                  Philadelphia, PA 19101-7346


James Shulevitz                          Joseph W Adams                      Joy & Ronald Kertes
c/o Shenker & Bonaparte LLP              CEO/Director                        c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765                 500 Winderley Place, Ste 226        1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837                  Maitland, FL 32751-7407             Portland, OR 97201-5837


Kay M Kazmaier                           Lee & Becky Holzman                 Marital Trust U/W Wm Katz
c/o Shenker & Bonaparte LLP              c/o Shenker & Bonaparte LLP         c/o Shenker & Bonaparte LLP
1500 SW 1st Ave, Ste 765                 1500 SW 1st Ave, Ste 765            1500 SW 1st Ave, Ste 765
Portland, OR 97201-5837                  Portland, OR 97201-5837             Portland, OR 97201-5837


Michael A Muscato                        Michael Wolff                       Orange County Tax Collector
Chairman/Director                        c/o Shenker & Bonaparte LLP         PO Box 545100
500 Winderley Place, Ste 226             1500 SW 1st Ave, Ste 765            Orlando FL 32854-5100
Maitland, FL 32751-7407                  Portland, OR 97201-5837
```

| | | |
|---|---|---|
| Orange Cty Tax Collector<br>Attn: Scott Randolph<br>PO Box 545100<br>Orlando, FL 32854-5100 | Orlando Collection Offices<br>c/o Realty Capital Advisors<br>PO Box 366249<br>Bonita Springs, FL 34136-6249 | Paige C Gist<br>c/o Shenker & Bonaparte LLP<br>1500 SW 1st Ave, Ste 765<br>Portland, OR 97201-5837 |
| Peggy W Kaufmann IRA<br>R. Kaufmann Decedent's Trust<br>c/o Shenker & Bonaparte LLP<br>1500 SW 1st Ave, Ste 765<br>Portland, OR 97201-5837 | RCS-Northlake Business LLC<br>c/o Real Capital Solutions<br>Attn: Property Mgmt<br>371 Centennial Pkwy, Ste 200<br>Louisville, CO 80027-1348 | Rome Clifford Katz &<br>Koerner LLP<br>214 Main Street<br>Hartford, CT 06106-1817 |
| Stanley A Star<br>c/o Shenker & Bonaparte LLP<br>1500 SW 1st Ave, Ste 765<br>Portland, OR 97201-5837 | R Scott Shuker +<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Elena L Escamilla +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Jill E Kelso +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Florida Dept of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | (u)Cynthia C. Jackson +<br>Orlando | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     2<br>Total                  43 |